# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ADRIA E. ROBERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 12-0669-WS-N |
| | ) |
| BANCORPSOUTH BANK, INC., | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Order entered on this date, granting defendant's Motion for Summary Judgment (doc. 50), it is **ordered, adjudged and decreed** that this action be, and the same hereby is, **dismissed with prejudice**.

DONE and ORDERED this 4th day of December, 2013.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE